

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00645-CR

**EX PARTE DWIGHT BASON**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. NM392603
Honorable Joey Contreras, Judge Presiding

**ORDER**

In accordance with the opinion issued this date, this appeal is DISMISSED.

It is so **ORDERED** on January 16, 2019.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

Keith E. Hottle, Clerk of Court